Form 8

**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Wonderland Nurserygoods Co.   v.   Thorley Industries LLC

No. 15-1878

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ✓ As counsel for:   Wonderland Nurserygoods Co.
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner  ☐ Respondent  ☐ Amicus curiae  ☐ Cross Appellant
✓ Appellant   ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

- Name: David I. Roche
- Law firm: Baker & McKenzie LLP
- Address: 300 E. Randolph Street
- City, State and ZIP: Chicago, Illinois 60601
- Telephone: (312) 861-8608
- Fax #: (312) 698-2363
- E-mail address: david.roche@bakermckenzie.com

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/20/1988

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ✓ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| 08/06/2015 | /s/ David I. Roche |
|---|---|
| Date | Signature of pro se or counsel |

cc: counsel of record

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  8/6/2015  by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| David I. Roche | /s/ David I. Roche |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Baker & McKenzie LLP

Address: 300 E. Randolph St., Suite 5000

City, State, ZIP: Chicago, IL 60601

Telephone Number: (312) 861-8608

FAX Number: (312) 698-2363

E-mail Address: david.roche@bakermckenzie

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.